FILED

04/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0498

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0498

_____

GREENER MONTANA PROPERTY
MANAGEMENT, LLC, TRAVIS MARTINEZ,
Individually and KRISTYN MARTINEZ,
Individually,

        Plaintiffs and Appellees,                    O R D E R

   v.

HYDI CUNNINGHAM,

        Defendant and Appellant.

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 5, 2023, within which to prepare, file, and serve Appellant's reply brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 24 2023